In the Matter of Julius Goldberg, Respondent, against Ferdi-
nand Q. Morton et al., Constituting the Municipal Civil
Service Commission of the City of New York, et al.,
Appellants.

Argued February 28, 1949; decided April 14, 1949.

*John P. McGrath, Corporation Counsel (Seymour B. Quel* and *William E. Walsh* of counsel), for appellants.

*Julius Goldberg,* respondent in person.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: BROMLEY, J.